THE STATE OF OHIO, APPELLANT, *v.* FETTE, APPELLEE.

[Cite as State *v.* Fette (1990), 52 Ohio St. 3d 602.]

(No. 89-926 — Submitted May 8, 1990 — Decided June 20, 1990.)

*Richard A. Castellini*, city solicitor, *Terrence R. Cosgrove*, city prosecutor, and *Frank H. Prouty, Jr.*, for appellant.

*James M. Looker*, for appellee.

The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., SWEENEY, WRIGHT, H. BROWN and RESNICK, JJ., concur.

HOLMES, J., dissents with opinion.

DOUGLAS, J., dissents.

HOLMES, J., dissenting. I would reverse the judgment of the court of appeals.

CITY OF CUYAHOGA FALLS, APPELLEE, *v.* ASHCRAFT ET AL., APPELLANTS.

[Cite as Cuyahoga Falls *v.* Ashcraft (1990), 52 Ohio St. 3d 602.]

(No. 89-936 — Submitted May 5, 1990 — Decided June 27, 1990.)

*Virgil Arrington, Jr.*, deputy law director, for appellee.

*Weick, Gibson & Lowry, Kenneth L. Gibson* and *Leslie S. Graske*, for appellants.

This appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

DOUGLAS, J., dissents.